NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-427


PAT DOLAND D/B/A PAT'S OF CAMERON
VERSUS
ACM GAME COMPANY

************

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF CAMERON, NO. 10-14763,
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

************

MARC T. AMY
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

MOTION GRANTED IN PART; MOTION DENIED IN PART.
SUSPENSIVE APPEAL DISMISSED.
APPEAL MAINTAINED AS DEVOLUTIVE.

Penelope Richard
Post Office Drawer 579
132 Smith Circle
Cameron, LA 70631
(337) 775-8181
COUNSEL FOR PLAINTIFF/APPELLEE:
    Pat Doland D/B/A Pat's of Cameron

John E. Seago,
Waguespack, Seago, & Carmichael
8126 One Calais Avenue, Suite 2C
Baton Rouge, LA 70809
(225) 766-5805
COUNSEL FOR DEFENDANT/APPELLANT:
    ACM Game Company